# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| GARY SIMS | CIVIL ACTION NO. 23-1641-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SERGEANT ANDERSON, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gary Sims' claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state claims on which relief may be granted, and for seeking relief from a defendant immune from such relief.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26th day of January, 2024.

_____
United States District Judge